CHARLES ALAN PHILLIPS, *ET AL.*, PLAINTIFFS-PETI-
TIONERS, v. BOARD OF ADJUSTMENT OF THE TOWN
OF WESTFIELD, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 44 *N. J. Super.* 491.

*Messrs. Whiting, Moore & Phillips* for the petitioners.

. *Mr. Robert S. Snevily, Mr. Irwin J. Silverlight* and *Mr.
Jack J. Camillo* for the respondents.

June 10, 1957.  Denied.

IN THE MATTER OF THE APPLICATION OF J. W. FOR
A WRIT OF *HABEAS CORPUS.*

See same case below: 44 *N. J. Super.* 216.

*Mr. Milton T. Lasher* for the petitioner.

June 10, 1957.  Denied.